**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shana E. Rutan             CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10419 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Limosa LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ *Michael Farrington*
                                    Michael Farrington
                                    19 Feb 2024, 10:53:54, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322