United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shana E. Rutan  
    Debtor

Case No. 24-10419-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: May 08, 2024     Form ID: pdf900     Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shana E. Rutan, 1904 Butler Street, Easton, PA 18042-4606 |
| 14853516 | + | Anthium, LLC, Attn: Bankruptcy, 9900 Richmond Avenue, Suite 400, Houston, TX 77042-4536 |
| 14853517 | + | Kevin G. McDonald, Esquire, Suite 5000, BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14853518 | + | Land Home Financial Services, PO Box 25164, Santa Ana, CA 92799-5164 |
| 14872610 | + | Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14856447 | + | Limosa LLC, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14853520 | + | Wilson Area School District, c/o Portnoff Law Associates, LTD, PO Box 3020, Norristown, PA 19404-3020 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | May 08 2024 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 08 2024 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14865401 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2024 23:58:48 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14872610 | ^ | MEBN | May 08 2024 23:45:07 | Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14853519 | + | Email/Text: bkteam@selenefinance.com | May 08 2024 23:54:00 | Selene Finance, PO Box 71243, Philadelphia, PA 19176-6243 |
| 14872571 | + | Email/PDF: ebn_ais@aisinfo.com | May 08 2024 23:58:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14856784 | *+ | Limosa LLC, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 08, 2024 | Form ID: pdf900 | Total Noticed: 12 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2024                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2024 at the address(es) listed below:

**Name**          **Email Address**

MICHAEL PATRICK FARRINGTON
 on behalf of Creditor Limosa LLC mfarrington@kmllawgroup.com

PAUL H. YOUNG
 on behalf of Debtor Shana E. Rutan support@ymalaw.com
 ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
 ECFMail@ReadingCh13.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Shana E. Rutan : Chapter 13

      Debtor : Bankruptcy No. 24-10419-pmm

## CONSENT ORDER

*AND NOW*, this 1st day of May, 2024 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

*ORDERED*, that because this is the Debtor's Third Chapter 13 bankruptcy filing since 2022, if this case is dismissed for any reason Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within two (2) years without further leave of court from date of dismissal order of case. And it is further

*ORDERED*, that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: May 1, 2024

                                                  Scott F. Waterman, Esquire
                                                  Chapter 13 Standing Trustee

Date: 5/1/24

                                                  Attorney for Debtor

Date: 5/1/24

                                                  Debtor

**Date: May 7, 2024**

                                      BY THE COURT:

                                      HON. PATRICIA M. MAYER
                                      BANKRUPTCY JUDGE