Office Mailing Address:                                          Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                       Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                              P.O. Box 680
Reading, PA  19606                                               Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-10419-PMM**

Shana E. Rutan                                    Petition Filed Date: 02/08/2024
1904 Butler Street                                341 Hearing Date: 05/07/2024
Easton  PA    18042                               Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/22/2024 | $900.00 | | 04/19/2024 | $900.00 | | 05/28/2024 | $1,450.00 | |
| 06/17/2024 | $1,450.00 | | 07/15/2024 | $1,450.00 | | | | |

**Total Receipts for the Period:  $6,150.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $7,600.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | **CLAIMS AND DISTRIBUTIONS** | | | | |
| 0 | YOUNG MARR  & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DIRECTV LLC by AMERICAN INFORSOURCE »» 001 | Unsecured Creditors | $817.57 | $0.00 | $0.00 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $659.71 | $0.00 | $0.00 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $173.09 | $0.00 | $0.00 |
| 4 | LAND HOME FINANCIAL SERVICES INC »» 004 | Mortgage Arrears | $57,467.09 | $0.00 | $0.00 |
| 5 | WILSON AREA SCHOOL DISTRICT »» 005 | Secured Creditors | $11,768.91 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10419-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,600.00 | Current Monthly Payment: | $1,697.00 |
| Paid to Claims: | $0.00 | Arrearages: | $494.00 |
| Paid to Trustee: | $760.00 | Total Plan Base: | $99,732.00 |
| Funds on Hand: | $6,840.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.