United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                         Case No. 24-10419-pmm
Shana E. Rutan                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                             User: admin                                   Page 1 of 2
Date Rcvd: Sep 19, 2024                      Form ID: 155                                 Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shana E. Rutan, 1904 Butler Street, Easton, PA 18042-4606 |
| 14853516 | + | Anthium, LLC, Attn: Bankruptcy, 9900 Richmond Avenue, Suite 400, Houston, TX 77042-4536 |
| 14853517 | + | Kevin G. McDonald, Esquire, Suite 5000, BNY Mellon Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14853518 | + | Land Home Financial Services, PO Box 25164, Santa Ana, CA 92799-5164 |
| 14856447 | + | Limosa LLC, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14853520 | + | Wilson Area School District, c/o Portnoff Law Associates, LTD, PO Box 3020, Norristown, PA 19404-3020 |
| 14891399 | + | Wilson Area School District, c/o Portnoff Law Associates, Ltd., 2700 Horizon Drive - Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14865401 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:06:33 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14898197 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2024 23:58:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14872610 | ^ | MEBN | Sep 19 2024 23:55:53 | Land Home Financial Services, Inc., 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14853519 | + | Email/Text: bkteam@selenefinance.com | Sep 19 2024 23:58:00 | Selene Finance, PO Box 71243, Philadelphia, PA 19176-6243 |
| 14872571 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 00:20:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14856784 | *+ | Limosa LLC, C/O Michael Farrington, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 155 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

**Name**            **Email Address**

DENISE ELIZABETH CARLON
                    on behalf of Creditor Limosa LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
                    on behalf of Creditor Wilson Area School District jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

PAUL H. YOUNG
                    on behalf of Debtor Shana E. Rutan support@ymalaw.com
                    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com
                    ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Shana E. Rutan<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−10419−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: September 19, 2024                                    For The Court

                                                                                 Patricia M. Mayer<br>
                                                                                 Judge, United States Bankruptcy Court