## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

In re:

Shana E. Rutan
1904 Butler Street
Easton, PA 18042,

      Debtor.

_____/

Case No24-10419-pmm
Chapter 13

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, Jennie C. Shnayder, Esq., and Dwaldmanlaw, P.C. attorneys for Secured Creditor, LIMOSA, LLC, and hereby enters its notice of appearance in the above-styled action.

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

Jennie C. Shnayder, ESQ.
**Dwaldmanlaw, P.C.**
Attorneys for Secured Creditor
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email 1: jennie@dwaldmanlaw.com
Email 2: tiffany@dwaldmanlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th Day of June 2025, I served a copy of the foregoing Notice of Appearance and Request for Service by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

**SERVICE LIST:**

*Debtor*
Shana E. Rutan
1904 Butler Street
Easton, PA 18042

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
*Attorney(s) for Debtor*

*Trustee*
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

*U.S. Trustee*
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Signature: /s/ Jennie C. Shnayder
Jennie C. Shnayder, Esq., ID #315213
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Email: jennie@dwaldmanlaw.com
Email 2: tiffany@dwaldmanlaw.com
Attorney for Secured Creditor