UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| In re:  Shana E. Rutan, | ) | |
|     Debtor, | ) | Case No. 24-10419-pmm |
| | ) | Chapter 13 |
| Limosa, LLC, | ) | |
| Movant | ) | Judge Patricia M. Mayer |
| | ) | |
|     v. | ) | Trustee Scott F. Waterman |
| | ) | |
| Shana E. Rutan, | ) | |
| Respondent. | ) | Hearing Set: 07/15/2025 at 10:00 AM |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Movant, Limosa, LLC, has filed a Motion for Relief from Automatic Stay with the court to lift the stay provided for by 11 USC §362.

1. **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **July 9, 2025, you or your attorney must file a response to the Motion. (see Instructions on next page).**

3. **A hearing on the Motion** is scheduled to be held on **July 15, 2025, at 10:00 A.M. in person at:**

   The Gateway Building
   201 Penn Street, 4th Floor
   Reading, PA 19601

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    The Gateway Building
    201 Penn Street, Suite 103
    Reading, PA 19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Jennie C. Shnayder, ESQ.
    **Dwaldmanlaw, P.C.**
    Attorneys for Secured Creditor
    4900 Carlisle Pike, #182
    Mechanicsburg, PA 17050
    Telephone: (844) 899-4162
    Facsimile: (844) 882-4703
    Email 1: jennie@dwaldmanlaw.com
    Email 2: tiffany@dwaldmanlaw.com

Dated: June 25, 2025