**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| In re:  Shana E. Rutan, | ) | |
| Debtor, | ) | **Case No. 24-10419-pmm** |
| | ) | **Chapter 13** |
| **Limosa, LLC,** | ) | |
| Movant | ) | **Judge Patricia M. Mayer** |
| | ) | |
| v. | ) | **Trustee Scott F. Waterman** |
| | ) | |
| **Shana E. Rutan,** | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of the Motion of Movant above for Relief from Automatic Stay and the Notice of Hearing on the Motion of Movant by First Class mail.[1]

**Date Served: June 25, 2025**

**Persons Served:**

*Debtor*
Shana E. Rutan
1904 Butler Street
Easton, PA 18042

Paul H. Young
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
*Attorney(s) for Debtor*

*Trustee*
SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

---

      1    Parties served by the court via ECF electronic notification are not also being served by regular mail.

*U.S. Trustee*
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

                        Signature: /s/ Jennie C. Shnayder
                        Jennie C. Shnayder, Esq., ID #315213
                        DWALDMANLAW, P.C.
                        4900 Carlisle Pike, #182
                        Mechanicsburg, PA 17050
                        Telephone: (844) 899-4162
                        Facsimile: (844) 882-4703
                        Email: jennie@dwaldmanlaw.com
                        Email 2: tiffany@dwaldmanlaw.com
                        Attorney for Secured Creditor