**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  Shana E. Rutan, | : | Chapter 13 |
| Debtor | : | |
| | : | Case No.  24-10419-pmm |
| | : | |
| | : | |

**ORDER SETTING DEADLINE FOR FILING OF STIPULATION**

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #52, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #55);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before August 14, 2025, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

07/15/2025

*Patricia M. Mayer*
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**