| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-10419-PMM

| | |
|---|---|
| Shana E. Rutan | Petition Filed Date: 02/08/2024 |
| 1904 Butler Street | 341 Hearing Date: 05/07/2024 |
| Easton  PA  18042 | Confirmation Date: 09/19/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/20/2024 | $1,450.00 | | 09/16/2024 | $1,450.00 | | 10/16/2024 | $1,450.00 | |
| 11/19/2024 | $1,450.00 | | 12/16/2024 | $1,450.00 | | 01/15/2025 | $1,450.00 | |
| 02/18/2025 | $1,450.00 | | 03/17/2025 | $1,450.00 | | 04/15/2025 | $1,450.00 | |
| 05/15/2025 | $1,450.00 | | 06/16/2025 | $1,450.00 | | 07/15/2025 | $900.00 | |

**Total Receipts for the Period:  $16,850.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $24,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | DIRECTV LLC by AMERICAN INFORSOURCE »» 001 | Unsecured Creditors | $817.57 | $0.00 | $817.57 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $659.71 | $0.00 | $659.71 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $173.09 | $0.00 | $173.09 |
| 4 | LAND HOME FINANCIAL SERVICES INC »» 004 | Mortgage Arrears | $57,467.09 | $12,950.36 | $44,516.73 |
| 5 | WILSON AREA SCHOOL DISTRICT »» 005 | Secured Creditors | $11,768.91 | $3,262.55 | $8,506.36 |
| 6 | UNITED STATES TREASURY (IRS) »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | IRS | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10419-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,450.00 | Current Monthly Payment: | $1,318.00 |
| Paid to Claims: | $19,412.91 | Arrearages: | ($1,034.00) |
| Paid to Trustee: | $2,056.50 | Total Plan Base: | $78,772.00 |
| Funds on Hand: | $2,980.59 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.