# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Shana E. Rutan, | : | Chapter 13 |
| | : | |
| | : | Case No.   24-10419 (PMM) |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 52, "the Motion");

**AND,** the parties having reported the Motion settled;

**AND,** the Court having an entered an Order directing the parties to file a stipulation **on or August 14, 2025** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

Date:  9/4/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**