United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-10419-pmm
Shana E. Rutan  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Sep 04, 2025      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shana E. Rutan, 1904 Butler Street, Easton, PA 18042-4606 |
| cr | + | Wilson Area School District, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 05 2025 00:22:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 05 2025 00:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

**Name**    **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Limosa LLC bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Wilson Area School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com

District/off: 0313-4 | User: admin | Page 2 of 2

Date Rcvd: Sep 04, 2025 | Form ID: pdf900 | Total Noticed: 4

JENNIE SHNAYDER
    on behalf of Creditor Limosa LLC jennie@dwaldmanlaw.com corey@dwaldmanlaw.com

PAUL H. YOUNG
    on behalf of Debtor Shana E. Rutan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: Shana E. Rutan, | : | Chapter 13 |
| | : | |
| | : | Case No.   24-10419 (PMM) |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 52, "the Motion");

**AND,** the parties having reported the Motion settled;

**AND,** the Court having an entered an Order directing the parties to file a stipulation **on or August 14, 2025** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

Date:  9/4/25

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**