# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE: ) | |
| SHANA E. RUTAN, ) | CASE NO.: 24-10419-PMM |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE PATRICIA M. MAYER |
| ) | |
| MCLP ASSET COMPANY, INC., ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| SHANA E. RUTAN, DEBTOR, ) | |
| AND SCOTT F. WATERMAN, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of MCLP Asset Company, Inc., and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 13ʰ day of October 2025

    Respectfully submitted,

    /s/ Joshua I. Goldman
    Joshua I. Goldman, Esq
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    Josh.goldman@padgettlawgroup.com
    *Counsel for Creditor*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 13th  day of October 2025.

## *VIA U.S. MAIL*

*DEBTOR*
SHANA E. RUTAN
1904 BUTLER STREET
EASTON, PA 18042

## *VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
PAUL H. YOUNG
YOUNG, MARR, MALLIS & DEANE, LLC
3554 HULMEVILLE RD.
STE 102
BENSALEM, PA 19020

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA 19606

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*