Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Shana E. Rutan
1904 Butler Street
Easton, PA 18042

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-10419-PMM**

Petition Filed Date: 02/08/2024
341 Hearing Date: 05/07/2024
Confirmation Date: 09/19/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/2025 | $1,450.00 | | 09/15/2025 | $1,450.00 | | 10/16/2025 | $1,450.00 | |
| 11/18/2025 | $1,318.00 | | 12/15/2025 | $1,318.00 | | 01/15/2026 | $1,318.00 | |
| 02/17/2026 | $1,318.00 | | 03/16/2026 | $1,318.00 | | 04/15/2026 | $1,318.00 | |
| 06/15/2026 | $1,318.00 | | 07/15/2026 | $1,318.00 | | | | |

**Total Receipts for the Period: $14,894.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $39,212.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR MALLIS & ASSOCIATES | Attorney Fees | $3,200.00 | $3,200.00 | $0.00 |
| 1 | DIRECTV LLC by AMERICAN INFORSOURCE<br>»» 001 | Unsecured Creditors | $817.57 | $0.00 | $817.57 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $659.71 | $0.00 | $659.71 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $173.09 | $0.00 | $173.09 |
| 4 | NEWREZ LLC D/B/A<br>»» 004 | Mortgage Arrears | $57,467.09 | $27,266.63 | $30,200.46 |
| 5 | WILSON AREA SCHOOL DISTRICT<br>»» 005 | Secured Creditors | $11,768.91 | $5,584.06 | $6,184.85 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | IRS | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 8 | LAND HOME FINANCIAL SERVICES INC<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10419-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $39,212.00 | Current Monthly Payment: | $1,318.00 |
| Paid to Claims: | $36,050.69 | Arrearages: | $20.00 |
| Paid to Trustee: | $3,161.31 | Total Plan Base: | $78,772.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.