**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **SHANA E. RUTAN** | ) | **CASE NO.: 24-10419-pmm** |
| | ) | **CHAPTER 13** |
| **DEBTOR.** | ) | **JUDGE PATRICIA M. MAYER** |
| | ) | |
| **MCLP ASSET COMPANY, INC.** | ) | |
| **AS SERVICED BY NEWREZ LLC** | ) | |
| | ) | |
| **CREDITOR.** | ) | |
| | ) | |
| **SHANA E. RUTAN, DEBTOR,** | ) | |
| **DANIEL J MASTON, CO-DEBTOR,** | ) | |
| **AND SCOTT F. WATERMAM, TRUSTEE,** | ) | |
| | ) | |
| **RESPONDENTS.** | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

MCLP Asset Company, Inc. as serviced by NewRez LLC has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before November 9, 2026 , you or your attorney must do all of the following:

(a) file an answer explaining your position at:

United States Bankruptcy Court
201 Penn Street, Suite 103
Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to Movant's attorney:

PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer, the United States Bankruptcy Judge, United States Bankruptcy Court, Courtroom, 4th

Floor, at 201 Penn Street, 4th Floor, Reading, PA 19601 on November 10, 2026 at 10:00 A.M. as soon thereafter as counsel can be heard, to consider the motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated: October 26, 2026

/s/ Joshua I. Goldman
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this the 26th day of October, 2026:

***VIA U.S. MAIL***

*DEBTOR*
SHANA E. RUTAN
1904 BUTLER STREET
EASTON, PA 18042

*CO-DEBTOR*
DANIEL J MASTON
1904 BUTLER STREET
EASTON, PA 18042

***VIA ELECTRONIC NOTICE***

*ATTORNEYS FOR DEBTOR*
PAUL H. YOUNG
YOUNG, MARR, MALLIS & DEANE, LLC
3554 HULMEVILLE RD.
STE 102
BENSALEM, PA 19020
SUPPORT@YMALAW.COM

*TRUSTEE*
SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
*Counsel for Movant*